**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

FILED
FEB 08 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA
VS.
JOHN VANDIFORD

CASE/CITATION NO. _1590507/CA11_

ORDER TO PAY  11mj 0038 DAD

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
CITY         STATE         ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**
DATE: 2/8/11                            _____
                                         DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ _250_ and a penalty assessment of $ _10 SA_ for a TOTAL AMOUNT OF: $ _260_ within _90_ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.  Control Date 5/24/11 @ 10am
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

CENTRAL VIOLATIONS BUREAU        CLERK, USDC                    CLERK, USDC
PO BOX 70939                     2500 TULARE ST., RM. 1501      501 I STREET, STE. 4-200
CHARLOTTE, NC 28272-0939         FRESNO, CA 93721-1322          SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: _2/8/11_                   **DALE A. DROZD**
                                 _____
                                 U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                                    EDCA–3